NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-HART LLC, a California limited liability company, d/b/a LANDMARK REALTY & PROPERTY MANAGEMENT, and JOSH TRIFUNOVIC, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COLONY INSURANCE COMPANY, and DOES-1-10, inclusive,<br><br>Defendants. | Case No. CV12-04451 JFW (VBKx)<br><br>**ORDER FOR DISMISSAL** |

This Court having reviewed the Stipulation of Parties for Dismissal, and deeming itself fully advised in the premises, it is now, therefore, hereby ORDERED, ADJUDGED and DECREED as follows:

This action filed by Plaintiffs, Tri-Hart LLC, a California limited liability company, d/b/a Landmark Realty & Property Management, and Josh Trifunovic (collectively, "Plaintiffs"), against Defendant, Colony Insurance Company ("Defendant"), is dismissed with prejudice, with the Parties to bear his, its or their own costs and attorney's fees; and

DATED: February 6, 2013

_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE

{00069863.DOCX 1}   1
ORDER FOR DISMISSAL